An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT HALL,
Appellant,
vs.
MICHELLE HALL,
Respondent.

No. 58523

FILED

MAY 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a post-divorce decree order granting attorney fees and costs. Eighth Judicial District Court, Clark County; Cynthia N. Giuliani, Judge.

Upon review of the parties' briefs and the record on appeal, we conclude that the district court did not abuse its discretion in awarding respondent attorney fees and costs. *See Miller v. Wilfong*, 121 Nev. 619, 622, 119 P.3d 727, 729 (2005) (explaining that this court reviews the district court's award of attorney fees for an abuse of discretion); *see also* NRS 125.150(3) (providing that the district court "may award a reasonable attorney's fee to either party to an action for divorce if those fees are in issue under the pleadings"). The district court awarded respondent attorney fees related to her motions regarding appellant's perjury and filing of a false police report, after it specifically found that appellant had misrepresented facts when seeking a temporary restraining order against respondent and falsely informed the court that there was a promissory note signed by his parents requiring respondent to pay for half of the Utah land owned by the parties. Under these circumstances, the district court

13-14433

did not abuse its discretion in awarding respondent attorney fees.[1]  *See* NRS 125.150(3); *see also Rivero v. Rivero*, 125 Nev. 410, 441, 216 P.3d 213, 234 (2009) (explaining that a district court must make specific findings of fact regarding the evidence supporting the court's award of attorney fees as a sanction).  Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Cynthia N. Giuliani, District Judge
       Robert E. Gaston, Settlement Judge
       Roberts Stoffel Family Law Group
       Sterling Law, LLC
       Hofland & Tomsheck
       Eighth District Court Clerk

---

[1]As NRS 125.150(3) does not require a party to prevail in order to recover attorney fees, we conclude that appellant's argument that respondent could not recover attorney fees because the parties settled their divorce action lacks merit.